Curtis B. FINK, Sr., Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 06–1694.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2007.

Decided: March 15, 2007.

V. Lamar Gudger, III, Gudger & Gudger, P.A., Asheville, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Sidney P. Alexander, Assistant United States Attorney, Rami M. Vanegas, Special Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Boston, Massachusetts, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis B. Fink, Sr., appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.[*]

---

[*] The parties consented to jurisdiction of the magistrate judge. *See* 28 U.S.C. § 636(c) (2000).

We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Fink v. Barnhart,* No. 1:04-cv-00266 (W.D.N.C. filed Apr. 18, 2006; entered Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*